**331** CLINK vs. CIRCUIT JUDGE (Muskegon), No. 14811.

To vacate an order dismissing relator's suit because of his failure to file a more specific bill of particulars.

Denied April 18, 1895, with costs.

Suit commenced October 20, 1890. Bill of particulars served December 19, 1890. January 21, 1891, demand for a more specific bill. March 31, 1894, defendant moved the court for a more specific bill. June 18, 1894, ordered that said cause be dismissed unless plaintiff within ninety days file and serve an amended and more specific bill.

No amended bill having been furnished on September 19, 1894, defendant entered a motion to dismiss, and on October 8, 1894, the motion was granted.